# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA


FILED
CLERK U.S DISTRICT COURT
DEC 1 4 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 16-146 FMO |
| Date | December 14, 2016 |
| Title | United States v. Zarate |

**Present: The Honorable** Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   ORDER OF DETENTION

Defendant is alleged to have violated the terms of pretrial release. At the initial appearance following arrest on the violation petition, Defendant submitted on the issue of detention. Defendant is ordered DETAINED and held to answer the violation petition before the assigned district judge.